WO

X FILED ___ LODGED
___ RECEIVED ___ COPY
DEC 07 2009
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY___________ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, Plaintiff, vs. Herbert Dale Holden, Defendant. | CR-09-01040-05-PHX-MHM<br>**ORDER** |

A pretrial revocation hearing on the Petition for Revocation of Pretrial Release was held on December 4, 2009.

**THE COURT FINDS** that by clear and convincing evidence the Defendant has violated the terms and conditions of his release.

**THE COURT FURTHER FINDS** that Defendant is unlikely to abide by release conditions that would reasonably assure his appearance at future court proceedings and ensure the safety of the community.

**IT IS ORDERED** that Defendant shall be detained until further order of the assigned District Judge.

DATED this 7th day of December, 2009.

Lawrence O. Anderson
United States Magistrate Judge